

**Arnold B. Calmann**
**(973) 645-4828**
**abc@saiber.com**

June 21, 2021

**BY CM/ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & United States Courthouse
402 East State Street
Trenton, New Jersey 08608

      Re:    <u>Supernus Pharmaceuticals, Inc. v. Apotex Inc., et al.</u>
              <u>Civil Action No. 3:20-cv-07870-FLW-TJB (D.N.J.)</u>

Dear Judge Bongiovanni:

      We, along with our co-counsel, Katten Muchin Rosenman LLP, represent Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex") in the above matter.

      We write to respectfully request an extension of the deadline, from June 25 to July 1, 2021, for the parties to file their respective Responsive *Markman* Submissions. We are authorized to inform Your Honor that Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") does not oppose this extension. If the proposed extension meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter and have it filed with the Clerk of the Court.

      We thank the Court for its consideration in this matter. Naturally, if the Court has any questions, we would be pleased to respond to the same at the Court's convenience.

                                          Respectfully submitted,

                                          Arnold B. Calmann

cc:    Counsel of Record (by CM/ECF)

**Saiber LLC** • One Gateway Center, 9th Floor, Suite 950 • Newark, New Jersey • 07102-5308 • Tel 973.622.3333 • Fax 973.622.3349 •
www.saiber.com
Florham Park • Newark • New York • Philadelphia