

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

October 31, 2022

**VIA ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
Clarkson S. Fisher Federal Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:  *Supernus Pharmaceuticals, Inc. v. Apotex Inc., et al.*,
Civil Action No. 20-7870 (FLW)(TJB) (consolidated)

Dear Judge Bongiovanni:

This firm, together with Haug Partners LLP, represents plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") in the above-captioned matter. We write on behalf of all parties, pursuant to the September 8, 2022 Text Minute Entry, to provide the following status update regarding discovery: (i) the parties are working together to address certain outstanding discovery issues without the need for court intervention; and (ii) there are currently no discovery disputes ripe for the Court's consideration.

Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

*William C. Baton*

William C. Baton

cc: All Counsel (via email)

One Riverfront Plaza, Suite 1520  Newark, NJ 07102-5426  Phone: (973) 286-6700  Fax: (973) 286-6800

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP