UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 20-7870 (MAS)(TJB) (consolidated) <br><br><br> (Filed Electronically) |

## STIPULATION AND [PROPOSED] SCHEDULING ORDER

Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") and Defendants Apotex Inc. and

Apotex Corp. (collectively, "Apotex"), by and through their respective counsel, have agreed,

subject to the Court's approval, to the following modifications to the schedule set forth in the

December 20, 2022 Stipulation and Scheduling Order (ECF No. 120):

| Event | ECF No. 120 | Amended Deadline |
|---|---|---|
| Opening Expert Reports (for which the parties have the burden of proof) | February 17, 2023 | March 3, 2023 |
| Responsive Expert Reports | March 17, 2023 | April 3, 2023 |
| Reply Expert Reports | April 14, 2023 | April 28, 2023 |
| Close of Expert Discovery | May 5, 2023 | May 19, 2023 |
| Joint Final Pretrial Order | May 26, 2023 | June 2, 2023 |
| Final Pre-trial Conference | May/June 2023 | June 2023 |
| Trial | May/June 2023 | June 2023 |

Dated: February 15, 2023

By: s/ Arnold B. Calmann
    Arnold B. Calmann
    Katherine A. Escanlar
    SAIBER LLC
    18 Columbia Turnpike, Suite 200
    Florham Park, NJ 07932
    (973) 622-3333
    abc@saiber.com
    kae@saiber.com

    Deepro R. Mukerjee
    Lance A. Soderstrom
    KATTEN MUCHIN ROSENMAN LLP
    575 Madison Avenue
    New York, NY 10022-2585
    (212) 940-6330
    deepro.mukerjee@katten.com
    lance.soderstrom@katten.com

    Jitendra Malik
    Joseph M. Janusz
    Alissa Pacchioli
    KATTEN MUCHIN ROSENMAN LLP
    550 S. Tryon Street, Suite 2900
    Charlotte, NC 28202-4213
    (704) 444-2000
    jitty.malik@katten.com
    joe.janusz@katten.com
    alissa.pacchioli@katten.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

SO STIPULATED:

By: s/ William C. Baton
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING LLP
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102
    wbaton@saul.com

    Edgar H. Haug
    Nicholas F. Giove
    Jason A. Kanter
    Camille Y. Turner
    Anna N. Lukacher
    HAUG PARTNERS LLP
    745 Fifth Avenue
    New York, New York 10151
    (212) 588-0888
    ehaug@haugpartners.com
    nigove@haugpartners.com
    jkanter@haugpartners.com
    cturner@haugpartners.com
    alukacher@haugpartners.com

*Attorneys for Plaintiff*
*Supernus Pharmaceuticals, Inc.*

SO ORDERED:

Hon. Tonianne J. Bongiovanni, U.S.M.J.

2/16/2023