UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC. and APOTEX CORP., <br><br> Defendants. | Civil Action No. 20-7870 (MAS)(TJB) (consolidated) <br><br> (Filed Electronically) |

## STIPULATION AND SCHEDULING ORDER

Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") and Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex"), by and through their respective counsel, have agreed, subject to the Court's approval, to the following modifications to the schedule set forth in the March 2, 2023 Stipulation and Scheduling Order (ECF No. 129):

| Event | ECF No. 129 | Amended Deadline |
|---|---|---|
| Responsive Expert Reports | April 6, 2023 | April 14, 2023 |
| Reply Expert Reports | May 1, 2023 | May 9, 2023 |
| Close of Expert Discovery | May 19, 2023 | May 29, 2023 |
| Joint Final Pretrial Order | June 2, 2023 | June 12, 2023 |

No other dates in the case schedule are amended by this proposed stipulation.

Dated: April 5, 2023

By: s/ Arnold B. Calmann
   Arnold B. Calmann
   Katherine A. Escanlar
   SAIBER LLC
   18 Columbia Turnpike, Suite 200

SO STIPULATED:

By: s/ William C. Baton
   Charles M. Lizza
   William C. Baton
   Sarah A. Sullivan
   SAUL EWING LLP

Florham Park, NJ 07932
(973) 622-3333
abc@saiber.com
kae@saiber.com

Deepro R. Mukerjee
Lance A. Soderstrom
KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, NY 10022-2585
(212) 940-6330
deepro.mukerjee@katten.com
lance.soderstrom@katten.com

Jitendra Malik
Joseph M. Janusz
KATTEN MUCHIN ROSENMAN LLP
550 S. Tryon Street, Suite 2900
Charlotte, NC 28202-4213
(704) 444-2000
jitty.malik@katten.com
joe.janusz@katten.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, NJ 07102
wbaton@saul.com

Edgar H. Haug
Nicholas F. Giove
Jason A. Kanter
Camille Y. Turner
Anna N. Lukacher
HAUG PARTNERS LLP
745 Fifth Avenue
New York, New York 10151
(212) 588-0888
ehaug@haugpartners.com
nigove@haugpartners.com
jkanter@haugpartners.com
cturner@haugpartners.com
alukacher@haugpartners.com

*Attorneys for Plaintiff*
*Supernus Pharmaceuticals, Inc.*

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

4/06/23