

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

June 23, 2023

**VIA ECF**

Hon. Michael A. Shipp, U.S.D.J.
United States District Court
Fisher Fed. Bldg. & U.S. Courthouse
402 E. State Street
Trenton, New Jersey 08608

    Re:   *Supernus Pharmaceuticals, Inc. v. Apotex Inc., et al.*
              Civil Action No. 20-7870 (MAS)(TJB) (consolidated)

Dear Judge Shipp:

    This firm, together with Haug Partners LLP, represents plaintiff Supernus Pharmaceuticals, Inc. in the above-captioned matter.

    We are pleased to inform the Court that the parties have reached an amicable resolution of this matter. Accordingly, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal Without Prejudice, which, subject to the Court's approval, would dismiss this case. If the enclosed Stipulation and Order of Dismissal Without Prejudice meets with the Court's approval, we respectfully request that Your Honor sign it and have it entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

                                                Respectfully yours,

                                                William C. Baton

Enclosure
cc:   Hon. Tonianne J. Bongiovanni, U.S.M.J. (via ECF)
       All Counsel (via e-mail)

One Riverfront Plaza, Suite 1520  Newark, NJ 07102-5426  Phone: (973) 286-6700  Fax: (973) 286-6800

DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPERNUS PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> APOTEX INC. AND APOTEX CORP., <br><br> Defendants. | Civil Action No. 20-7870 (MAS)(TJB) <br> (consolidated) <br><br> (Filed Electronically) |

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action for patent infringement having been brought by Plaintiff Supernus Pharmaceuticals, Inc. ("Supernus") against Defendants Apotex Inc. and Apotex Corp. (collectively, "Apotex").

Pursuant to Fed. R. Civ. P. 41, Supernus and Apotex, by and through their undersigned counsel, hereby stipulate that:

1. All claims, counter-claims, and defenses asserted by Supernus and Apotex are dismissed without prejudice.

2. The stay of approval under 21 U.S.C. § 355(j)(5)(B)(iii) is terminated. Nothing herein prevents the U.S. Food and Drug Administration from granting final approval to ANDA No. 213369 at any time; and

3. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby.

Dated: June 23, 2023

By: s/ Arnold B. Calmann
    Arnold B. Calmann
    Katherine A. Escanlar
    SAIBER LLC
    18 Columbia Turnpike, Suite 200
    Florham Park, NJ 07932
    (973) 622-3333
    abc@saiber.com
    kae@saiber.com

    Deepro R. Mukerjee
    Lance A. Soderstrom
    KATTEN MUCHIN ROSENMAN LLP
    575 Madison Avenue
    New York, NY 10022-2585
    (212) 940-6330
    deepro.mukerjee@katten.com
    lance.soderstrom@katten.com

    Jitendra Malik
    Joseph M. Janusz
    Alissa Pacchioli
    KATTEN MUCHIN ROSENMAN LLP
    550 S. Tryon Street, Suite 2900
    Charlotte, NC 28202-4213
    (704) 444-2000
    jitty.malik@katten.com
    joe.janusz@katten.com
    alissa.pacchioli@katten.com

*Attorneys for Defendants*
*Apotex Inc. and Apotex Corp.*

SO STIPULATED:

By: s/ William C. Baton
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING LLP
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1520
    Newark, NJ 07102
    wbaton@saul.com

    Edgar H. Haug
    Nicholas F. Giove
    Jason A. Kanter
    Camille Y. Turner
    Anna N. Lukacher
    HAUG PARTNERS LLP
    745 Fifth Avenue
    New York, New York 10151
    (212) 588-0888
    ehaug@haugpartners.com
    nigove@haugpartners.com
    jkanter@haugpartners.com
    cturner@haugpartners.com
    alukacher@haugpartners.com

*Attorneys for Plaintiff*
*Supernus Pharmaceuticals, Inc.*

SO ORDERED on this ___ day of _____, 2023.

_____
Hon. Michael A. Shipp, U.S.D.J.